**Order entered April 11, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01504-CR

### DAVID JUAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-00872-M**

## ORDER

The Court **REINSTATES** the appeal.

On March 4, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Deborah Farris; (3) counsel timely requested preparation of the reporter's record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) the notes are available and can be transcribed; (6) the delay in filing the record is due to Ms. Baraka's caseload; and (7) Ms. Baraka can file the record by May 6, 2013.

We **ORDER** court reporter Belinda Baraka to file the complete reporter's record in this appeal, including exhibits, by **MAY 6, 2013**. Because the record is already more than three

months overdue, no further extensions will be granted. If the record is not filed by the date specified, we will order that Ms. Baraka not sit as a court reporter until she files the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/    LANA MYERS
        JUSTICE